FILED

JUN 20 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE GUZMAN

MAGISTRATE JUDGE FUENTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 19 CR 518 |
| v. | ) | |
| DESHAWN DANZLER | ) | Violation: Title 18, United States Code, Section 401(3) |

The SPECIAL JULY 2018 GRAND JURY charges:

At times material to this Indictment:

1. The Special January 2019 Grand Jury in the Northern District of Illinois was conducting an investigation into possible violations of federal law, including Title 18, United States Code, Section 1959, arising out of a murder and other violent conduct that occurred on or about June 18, 2015 in Chicago, Illinois.

2. On March 5, 2019, Chief Judge Rubén Castillo, United States District Court for the Northern District of Illinois, issued a writ of habeas corpus ad testificandum for DESHAWN DANZLER to testify in the proceedings before the Special January 2019 Grand Jury regarding the June 18, 2015 incident.

3. On March 20, 2019, Honorable Rubén Castillo, Chief Judge of the United States District Court for the Northern District of Illinois, issued an order orally pursuant to Title 18, United States Code, Section 6002 compelling DANZLER to testify before the Special January 2019 Grand Jury regarding the June 18, 2015

incident. DESHAWN DANZLER was present when the March 20, 2019 order was issued.

4. On May 1, 2019, Judge Castillo issued a written order pursuant to Title 18, United States Code, Section 6002 compelling DANZLER to testify. The order stated, in part, "Deshawn Danzler shall not be excused from testifying and giving evidence in the proceedings before the Special January 2019 Grand Jury on the ground that the testimony and evidence required of him may tend to incriminate him, and that Deshawn Danzler shall appear before the said Grand Jury and testify and provide evidence without further asserting there his privilege against self-incrimination."

5. On May 22, 2019, DANZLER appeared before the Special January 2019 Grand Jury. DANZLER was presented with a copy of the May 1, 2019 order. Portions of the order were read aloud to DANZLER, including the portion that stated, "Danzler shall appear before the said Grand Jury and testify and provide evidence without further asserting there his privilege against self-incrimination." DANZLER was asked, "Do you understand this to mean that you have been ordered to answer questions before this Grand Jury?" DANZLER answered, "I mean, yes. I guess, yeah."

6. During his May 22, 2019 appearance, DANZLER refused to testify and give evidence during his appearance, in violation of Judge Castillo's order. In particular:

a. During his appearance, DANZLER was asked, "Were you shot that night?" He responded, "I refuse to answer questions."

b. During his appearance, DANZLER was asked, "Back to June 18, 2015, who shot you?" He responded, "I just said I want to remain silent. Why you keep asking me questions?"

c. During his appearance, DANZLER was asked, "After you were shot, did you find out that a person you know as Solo was outside of your door and that he was murdered by the individual that shot you?" DANZLER responded, "I mean, what you want me to say?" He was then asked, "Are you refusing to answer that question?" He answered, "I refuse to answer anything, anything."

7. During his appearance, DANZLER was informed that he could be charged with criminal contempt of court for refusing to testify. He was asked, "And you're still refusing to answer these questions, correct?" DANZLER responded, "Yes."

8.  On or about May 22, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

DESHAWN DANZLER,

defendant herein, did commit criminal contempt of the authority of the United States District Court for the Northern District of Illinois by willfully and knowingly disobeying and resisting a lawful order of a Court of the United States, namely, the order issued May 1, 2019 by the Honorable Rubén Castillo, Chief Judge of the United States District Court for the Northern District of Illinois, by refusing to testify and give evidence as ordered.

In violation of Title 18, United States Code, Section 401(3).

A TRUE BILL:

_____
F O R E P E R S O N

_____
UNITED STATES ATTORNEY